■ In the Matter of HELEN L. O., Respondent, v MARK L. O., Appellant. (Appeal No. 3.) [683 NYS2d 450] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Jennifer O.* ([appeal No. 2] 256 AD2d 1197 [decided herewith]). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Custody.) Present—Denman, P. J., Hayes, Pigott, Jr., Callahan and Fallon, JJ.

■ In the Matter of HELEN H., Respondent, v MARK L. O., Appellant. (Appeal No. 4.) [683 NYS2d 465] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Jennifer O.* ([appeal No. 2] 256 AD2d 1197 [decided herewith]). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Order of Protection.) Present—Denman, P. J., Hayes, Pigott, Jr., Callahan and Fallon, JJ.